# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SAMUEL BLACK,**

      **Plaintiff,**

**v.**                                                                     **Case No:   6:14-cv-133-Orl-22TBS**

**STATE OF NEW YORK FEDERAL GOVERNMENT,**

      **Defendant.**

## ORDER

This cause is before the Court on Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed on January 27, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and that the case be DISMISSED WITH PREJUDICE.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 27, 2014 (Doc. No. 7), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion for Leave to Proceed In Forma Pauperis is hereby DENIED.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Plaintiff, pro se